*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-10-00289-CV

**EX PARTE** Ruben **VASQUEZ**

Writ of Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
              Rebecca Simmons, Justice
              Marialyn Barnard, Justice

Delivered and Filed: April 28, 2010

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On April 9, 2010, relator Ruben Vasquez filed a petition for writ of habeas corpus, apparently seeking relief from an order holding him in contempt for failure to pay child support arrearages and attorney's fees related thereto. Vasquez filed supplements to his petition on April 12, 2010, and April 13, 2010. We have reviewed the documents filed by relator and are unable to determine the grounds upon which he seeks relief. *See* TEX. R. APP. P. 52.3(h) (petition must contain clear and concise argument for contentions made, with appropriate citations to authorities and to appendix or record). Moreover, relator has not provided this Court with a single document in support of his

---

[1] This proceeding arises out of Cause No. 2004-EM-505017, styled *In the Interest of A.V., A Child*, in the 73rd Judicial District Court, Bexar County, Texas. Although the Honorable Renée McElhaney presides over the 73rd Judicial District Court, the contempt order in this case was signed by Associate Judge Jim Rausch.

petition. A relator has the burden of providing this court with a record sufficient to establish a right to relief. *See* TEX. R. APP. P. 52.7(a) (requiring relator to file with petition a certified or sworn copy of every document material to relator's claim for relief and that was filed in any underlying proceeding); *see also* TEX. R. APP. P. 52.3(k)(1)(A), (D). Based on the foregoing, we conclude relator has not shown himself entitled to relief. Accordingly, the petition for writ of habeas corpus is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM